IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUDGE DUDLEY H. BOWEN, JR./MAGISTRATE JUDGE JAMES E. GRAHAM

JOHN B. THOMPSON,

        Plaintiff,

v.                                                       Case No. 6:10-cv-442

THE FLORIDA BAR,
FLORIDA SUPREME COURT,
and NATIONWIDE MUTUAL INSURANCE COMPANY,

        Defendants.

**PLAINTIFF'S NOTICE TO COURT**

COMES NOW plaintiff John B. Thompson (Thompson) and hereby provides notice of the following:

John B. Thompson, J.D.
5721 Riviera Drive
Coral Gables, Florida 33146
305-666-4366
amendmentone@comcast.net

August 6, 2010

The Honorable Joel F. Dubina
Chief Judge, Eleventh Circuit Court of Appeals
56 Forsyth St. N.W.
Atlanta, Georgia 30303

Re: Unethical, Improper, Illegal Conduct by Judge Dudley Bowen

Dear Chief Judge Dubina:

Enclosed please find two pleadings that delineate the above's violation of his own order for the purpose of denying me due process.

Did you assign this judge to my civil rights case so that the Eleventh Circuit could look the other way from what Florida Supreme Court Justice Charles Canady has called "the Florida Supreme Court's abdication of its duty to supervise The Florida Bar?" Do Florida lawyers just have First Amendment rights as to commercial speech, as you recently ruled, or does the First Amendment apply to lawyers' political speech, their petition speech, and their exercise of religion as well?

Such a-legal antics by federal judges help explain, in their now chronic occurrence, the growing disregard and disgust Americans rightly feel toward the federal bench. If you don't think so, then I have a gay federal judge's opinion in California I want you to read.

Judge Bowen and his detached ilk do more to undermine judicial independence than any whistle-blowing attorney ever could.

What are _you_ going to do about the fact that this conduct by Judge Bowen clearly violates Canons 2 and 3 of the federal Code of Judicial Conduct? You're the guy who gave me this scofflaw judge.

Regards, Jack Thompson

Enclosures

I HEREBY CERTIFY that a copy of this notice has been provided this 6th day of August, 2010, by filing this, in paper form, with the court, which will in turn provide it electronically to Barry Richard, Greenberg Traurig, 101 East College Avenue, Tallahassee, Florida 32302 [The Florida Bar]; Peter Antonacci, Gray Robinson, P.O. Box 11189, Tallahassee, FL 32302 [Florida Supreme Court]; and John Marino [Nationwide], Fowler White, 50 North Laura Street, Suite 2800, Jacksonville, Florida 32202.

JOHN B. THOMPSON
Plaintiff *pro se*
5721 Riviera Drive
Coral Gables, Florida 33146
Phone: 305-666-4366
amendmentone@comcast.net

2