FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2010 AUG 19  PM 12: 07

US DISTRICT COURT

JUDGE DUDLEY H. BOWEN, JR./MAGISTRATE JUDGE JAMES E. GRAHAM FL

JOHN B. THOMPSON,

Plaintiff,

v.                                                              Case No. 6:10-cv-442

THE FLORIDA BAR,
FLORIDA SUPREME COURT.
and NATIONWIDE MUTUAL INSURANCE COMPANY,

Defendants.

## PLAINTIFF'S RESPONSE TO MOTION FOR INJUNCTION

COMES NOW plaintiff John B. Thompson (Thompson) and hereby responds to the defendant Florida Supreme Court's motion for injunction dated August 17, 2010, stating:

Thompson has already filed his notice of voluntary dismissal herein. He did so for the reasons already stated in filings with this court.

Turning to the defendant's latest motion: If this court grants the injunctive relief sought, then the rule of unintended consequences will remind the movants that they should have been more careful about what they sought.

But, if this court sees through the Florida Supreme Court's latest attempt to cover-up its unconstitutional and illegal acts in using "discipline" as a means of silencing whistle-blowing lawyers, then this federal court will have saved this state court from itself.

The defendant's motion is so tortured, so "appalling," to use the Supreme Court's counsel's apparently favorite adjective, that it does not warrant a response save the following to clarify a particularly obtuse comment in the motion, and by clarifying makes a larger point that will be lost on the movant but which will not be lost on this court:

The motion makes reference to plaintiff's sending an image of the Nazi swastika in his formal pleading with the Florida Supreme Court.  Thompson did so to visually make the point that it was United States Supreme Court Justice William O. Douglas who predicted, in Lathrop v. Donohue, 367 U.S. 820 (1961), that eventually integrated state bars would become "goose-stepping brigades" Hell-bent on conformity of thought among their lawyer members.  Boy, was he right on the money.

Messrs. Allen Winsor and Peter Antonacci are marching in Florida's "goose-stepping brigades" about which Justice Douglas warned, and they are marching off a regulatory cliff they do not see, and by their loose educations as to the horrors of the last century, cannot fathom.  Tom Brokaw's "Greatest Generation" fought wars of liberation against goose-stepping idiots like Messrs. Winsor and Antonacci.

These men, and their clients, would burn the law books in which Justice Douglas' pro-civil liberties opinions are written—especially the *Lathrop* decision—because Justice Douglas tirelessly warned of the tyrannical stuff of which these men, and their clients, are made.

These are two men who apparently don't know or don't care that one of the first things that Adolf Hitler did, when he came to power in Germany, was disbar Germany's Jewish lawyers in order that they, too, would not be able to seek relief through the court

2

system of Germany.  They, like Thompson, were targeted and disbarred for their faith. Note the following at http://www.publiccounsel.org/news/2005/2005-11-15.htm:

"The Nazi regime's hijacking of the German legal system and the disbarment of Jewish lawyers in the years leading up to World War II is now the subject of an exhibit at the Simon Wiesenthal Center Museum of Tolerance in Los Angeles. The traveling exhibit, 'Lawyers Without Rights: The Fate of Jewish Lawyers in Germany After 1933,' is being presented in conjunction with the Beverly Hills Bar Association. Thirty-two hanging panels curve around the museum's lobby telling the stories of Jewish lawyers forced to resign. The biographies stand for groups of Jewish lawyers who shared similar stories. There were lawyers who chose suicide over concentration camps, lawyers who fled the country and those who remained, survived the Holocaust."

Thompson was forced to a disciplinary trial because the Florida Supreme Court, through The Florida Bar, *demanded* that a 90-day suspension with automatic reinstatement be tied to subjective mental health exams in an attempt to pathologize his Christian faith.  One of The Bar's own forensic psychologists, Dr. Oren Wunderman, explained that this was a trap and an attempt by The Bar to pathologize Thompson's Christian faith.

Importantly, The Florida Bar and Supreme Court tried this before in 1992, and they paid Thompson damages for their illegal, "appalling" effort to treat as mentally ill someone who acted out his faith.   Justice Douglas was absolutely correct in using the "goose-stepping brigades" imagery, and Thompson was absolutely right in invoking it.

Now these latter-day geese want an Article III court, in furtherance of the cover-up of what it has done to Thompson and other Florida lawyers like him, to banish him from the federal court system.

To that appalling motion, to that injunctive ploy that will prove useful, if granted, beyond Thompson's most hopeful imaginings, plaintiff respectfully says to this honorable court and to the foolish men who celebrate shooting themselves in the foot as if it were victory:

# *Go ahead, make my day.*

I HEREBY CERTIFY that a copy of this notice has been provided this 17th day of August, 2010, by filing this, in paper form, with the court, which will in turn provide it electronically to Barry Richard, Greenberg Traurig, 101 East College Avenue, Tallahassee, Florida 32302 [The Florida Bar]; Peter Antonacci, Gray Robinson, P.O. Box 11189, Tallahassee, FL 32302 [Florida Supreme Court]; and John Marino [Nationwide], Fowler White, 50 North Laura Street, Suite 2800, Jacksonville, Florida 32202.

JOHN B. THOMPSON
Plaintiff *pro se*
5721 Riviera Drive
Coral Gables, Florida 33146
Phone: 305-666-4366
amendmentone@comcast.net