IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2010 AUG 20 PM 1: 33
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO-FLORIDA

JUDGE DUDLEY H. BOWEN, JR./MAGISTRATE JUDGE JAMES E. GRAHAM

JOHN B. THOMPSON,

    Plaintiff,

v.                                       Case No. 6:10-cv-442

THE FLORIDA BAR,
FLORIDA SUPREME COURT,
and NATIONWIDE MUTUAL INSURANCE COMPANY,

    Defendants.

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO MOTION FOR INJUNCTION**

COMES NOW plaintiff John B. Thompson (Thompson) and hereby further responds to the defendant Florida Supreme Court's motion for injunction dated August 17, 2010, stating:

The defendant Florida Supreme Court has *for a number of years* had the opportunity, if not the right, to ban Thompson from federal court to try to thwart his efforts at relief from its unconstitutional and illegal acts. After all, this is the state court that prohibited Thompson from proceeding *pro se* in its state judicial system on March 20, 2008—*a full twenty-nine months ago.*

So why now, after all this time, and after all this allegedly "appalling" conduct by Thompson in the federal courts, has the Florida Supreme Court *finally* sought the bizarre injunctive relief to deny, for all practical purposes and for all time, Thompson access to the federal courts? Good question; here's the answer:

A letter was received by GrayRobinson's client, the Chief Justice of the Florida Supreme Court by fax the morning of Wednesday, August 11, a mere *six days* before his hand-picked law firm filed its panicked motion. Here it is:

John B. Thompson, J.D.
5721 Riviera Drive
Coral Gables, Florida 33146
305-666-4366
amendmentone@comcast.net

August 11, 2010

The Honorable Charles T. Canady
Chief Justice, Florida Supreme Court
500 South Duval Street
Tallahassee, Florida 32399

Re: Florida's Unconstitutional and Illegal Lawyer Disciplinary System

Dear Chief Justice Canady:

If the Florida Supreme Court refuses to accept for filing my declaratory judgment action transmitted to you last week with a filing fee, then I shall bring a federal declaratory judgment action to prove that Florida's lawyer disciplinary system violates the Florida Supreme Court's 1949 Bar Integration Order and the U.S. Supreme Court's Keller v. State Bar of California decision.

Many of the proofs of the illegality and unconstitutionality of The Florida Bar disciplinary structure and practices are to be found in the ABA's McKay Report which found, in 1992, that a) any integrated state bar that allows its bar governors to participate in any fashion in the disciplinary process is fatally flawed, and b) no bar should utilize referees, particularly as in Florida, who are chosen not randomly but by a circuit court's chief judge.

The ABA, building upon the McKay Report, has, in its Model Rules, strongly and repeatedly warned that disciplinary hearings (trials) must be before multi-member commissions, who then report their findings to a review board, which then transmits its findings to each state's highest court. See Rule 11, ABA Model Rules for Lawyer Disciplinary Enforcement. Florida is thus in full rebellion against the national standards.

I will prove in my federal suit that my referee, Dava J. Tunis, was hand-picked by the Chief Judge, at the request of The Bar and the Supreme Court, to guarantee the result both wanted. I can also prove that Tunis was bribed to achieve the desired result.

The choice of a tribunal in this fashion is a grave denial of due process, particularly if it can be shown that the tribunal evidenced a bias against the defendant. See Francolino v. Kuhlman, 365 F.3d 137 (2nd Cir. 2004).

You've now been warned.

                    Regards, Jack Thompson

Thompson has pending, in the Northern District of Florida, a lawsuit in which he intends to prove that The Bar cherry-picked his Bar Referee, Dava J. Tunis, in order to assure the result The Bar wanted. Federal law prohibits such picking of a tribunal if prejudice can be shown. It is a fatal denial of substantive due process.

Chief Justice Canady, as a Republican Member of the House of Representatives, railed endlessly about the propensity of government to abuse the rights of its citizens, often through the *judicial* branch of government. How ironic that he, of all people, has directed the GrayRobinson firm to file this appalling motion for an injunction to ban Thompson from the federal courts. The Chief Justice got the August 11 letter and, in a fret, asked GrayRobinson to cut Thompson off at the pass. Charles Canady knows that Thompson is now on the verge of bringing down, through the illegal cherry-picking of the Referee, this entire regulatory house of cards. Justice Douglas predicted it would come to this. It has now come to this.

Desperate people do desperate things. Chief Justice Canady subverted the proper role of the Attorney General of the State of Florida to personally and improperly choose this law firm because it is renowned, as reported in the media, for serving "Republicans in trouble." Attached hereto is a follow-up letter to the Chief Justice regarding this newest stunt to use the federal bench to cover his and his colleagues' tracks.

I HEREBY CERTIFY that a copy of this notice has been provided this 17th day of August, 2010, by filing this, in paper form, with the court, which will in turn provide it electronically to Barry Richard, Greenberg Traurig, 101 East College Avenue, Tallahassee, Florida 32302 [The Florida Bar]; Peter Antonacci, Gray Robinson, P.O. Box 11189, Tallahassee, FL 32302 [Florida Supreme Court]; and John Marino [Nationwide], Fowler White, 50 North Laura Street, Suite 2800, Jacksonville, Florida 32202.

JOHN B. THOMPSON
Plaintiff *pro se*
5721 Riviera Drive
Coral Gables, Florida 33146
Phone: 305-666-4366
amendmentone@comcast.net

John B. Thompson, J.D.
5721 Riviera Drive
Coral Gables, Florida 33146
305-666-4366
amendmentone@comcast.net

August 17, 2010

The Honorable Charles T. Canady
Chief Justice, Florida Supreme Court
500 South Duval Street
Tallahassee, Florida 32399 Via Fax to 850-488-6130

Re: The Florida Supreme Court's Latest Effort at a Cover-Up

Dear Chief Justice Canady:

On August 11 I faxed you a letter alerting you that I can prove my bar referee was improperly cherry-picked in order to guarantee a pre-determined result. The federal case authority I provided you holds that the mere non-blind selection of a tribunal which can be shown to have affected the outcome constitutes a fatal due process deprivation.

Now, because of my further public records request to the Miami-Dade Chief Judge, the response to which arrived after my August 11 letter to you, I have even more proof that The Florida Bar has rigged Bar trials. I appreciate, more than you know, your and Justice Polston's recent admission, in the Liberty Counsel case, that "the Supreme Court has abdicated its duty to supervise The Florida Bar."

But now your "failure to supervise" has gone a step further that surprises even me: You have instructed your GOP law firm, GrayRobinson (the same firm that created the Victory Strategies shell corporation by which GOP Chairman Jim Greer skimmed campaign funds) to move District Court Judge Dudley Bowen for *a permanent injunction* in effect banning me from the federal court system to make certain that I have absolutely no judicial venue in which to show that 1949 Bar Integration Order is being violated, now by rigging disciplinary results.

Actions can have unintended consequences. I would have thought you would have learned that as a very partisan Member of Congress and then as Governor Bush's General Counsel. Apparently what you learned instead is that partisanship is okay in the judicial branch of government. It is not.

You, personally, hand-picked, over the Attorney General's objection, a partisan "go-to law firm for Republicans in trouble" to represent your interests in this case. I have the e-mails to prove it. You now, in furtherance of that improper strategy, seek by injunction to involve a federal judge in participating in the cover-up of your and the Court's

misconduct. I offered to settle this entire dispute if the Surpeme Court would simply allow me, after two years, to file my Petition for Review of the Referee's Report--and to live with the result. You wouldn't do that because of fear as to what would be in the Petition, apparently. I'm a lot of things, Chief Justice, that are colorably disappointing to someone like you, including persistent.

My life experiences, and my God, have shown me, over and over again, that eventually "the truth will out." I will prove, *with or without the federal bench*, what was done here and how and why. Even the Florida Supreme Court cannot repeal Florida's Government in the Sunshine Public Records Law. Your court cannot shut me out of the public arena in which I can and will prove that when the Supreme Court in 1949 promised that The Bar would never be allowed to operate as "a guild" and that "discipline would not be used by one group of attorneys against another" that the Court was aware of *the grave danger to liberty that you now, personally, embody*. Justice Douglas echoed this concern because he had seen men like you. He compared them to Nazis, and your Bar would have disbarred him, apparently, for saying so.

What is not only wrong but foolish is your gaffe in directing your GOP law firm to try to get a U.S. District Court Judge stuck in this briar patch. The right thing to have done was to allow me to petition you, the Florida Supreme Court, for relief. You closed that door, and now you seek to close all doors for all time, no matter what I turn up.

I sent you my dec action for filing with the Florida Supreme Court. What did you all do? You pocketed my $400 filing fee and you discarded the filing. Now you seek to put the federal judiciary in the Constitution shredder as well.

Over half a century ago, Mr. Welch said to Senator Joe McCarthy, "Let us not assassinate this lad further, Senator. You have done enough. Have you no sense of decency sir, at long last? Have you left no sense of decency?"

The same question is put to you, and your answer, apparently, is "No." You put your name to a disbarment order without ever looking at the file. That has been proven. You then dismissed without considering a motion for relief filed with your Court by my attorney within the last year. You now have told your ethically-challenged GOP law firm to use the federal judiciary to keep the lid on your cover-up.

Even Joe McCarthy would be embarrassed, Chief Justice, by what you have allowed the judicial branch in this state to become.

Sincerely, Jack Thompson

*jlt*

2