IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUDGE DUDLEY H. BOWEN, JR./MAGISTRATE JUDGE JAMES E. GRAHAM

JOHN B. THOMPSON,

        Plaintiff,

v.                                     Case No. 6:10-cv-442

THE FLORIDA BAR,
FLORIDA SUPREME COURT,
and NATIONWIDE MUTUAL INSURANCE COMPANY,

        Defendants.

**PLAINTIFF'S NOTICE TO COURT**

COMES NOW plaintiff John B. Thompson (Thompson) and hereby provides notice to this court as follows:

John B. Thompson, J.D.
5721 Riviera Drive
Coral Gables, Florida 33146
305-666-4366
amendmentone@comcast.net

October 8, 2010

The Honorable Joel F. Dubina
Chief Judge, Eleventh Circuit Court of Appeals
56 Forsyth St. N.W.
Atlanta, Georgia 30303

Re: Scofflaw Federal Judges in Your Circuit—Jack Camp and Dudley Bowen

Dear Chief Judge Dubina:

It appears to me and others that you have some judges in your Circuit who think and act as if "Brandeis" were a commercial bag of ice you can pick up at a Publix. Here is what Supreme Court Justice Louis Brandeis wrote in *Olmstead*:

**"Our government is the potent, the omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the government becomes a law-breaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy."**

Georgia's Senior US District Court Judge Camp has been arrested for his dalliances with a hooker, cocaine, and illegal guns. He was a law unto himself, inviting anarchy.

You have another one just like Camp in your Circuit. Georgia's Senior US District Court Judge Dudley Bowen doesn't care what the law is. Two months ago I voluntarily dismissed Case No. 6:10-cv-00442 before Bowen. I dismissed this valid case because Bowen was violating his own orders. He was also using his position to smear and harm me. It was clear from his conduct that Judge Jack Camp's hooker would get more due process in a private lap dance room than I was going to get from Bowen.

A week after my dismissal, the defendants filed a motion seeking absolutely absurd, illegal, and unconstitutional "sanctions" banning me from federal court anywhere and in any cause. The motion seeks to repeal the First, Fifth, Sixth, and Fourteenth Amendments.

Bowen cannot, as a matter of federal law, even consider this absurd motion. Rule 41, Federal Rules of Civil Procedure, provides that *once a plaintiff has voluntarily dismissed a case, and the defendant has not, before the plaintiff's, dismissal filed either an answer or a motion for summary judgment, then the case is indeed dismissed without any need whatsoever for any approving order.* The US District Court for the Northern District of Florida agrees with me on this. Judge Bowen has made himself the jurisprudential equivalent of Jack Camp.

Bowen has no jurisdiction, then, because there is no case. Any order he might enter will be a nullity under Rule 41. Does Judge Bowen care? Absolutely not.

Judge Bowen previously took money from fat cats to fly him to and put him up at a swanky resort. He could not legally do this as a federal judge. He only "reimbursed" this improper funneling of money to him when he was publicly caught. The words of Brandeis appear lost on Bowen, <u>*repeatedly*</u>.

Let me make this so clear that even a high Jack Camp could understand it: If Bowen or somebody doesn't close my case, then the entire Circuit will be in flagrant violation of my federal civil rights, and I shall respond accordingly. A jury will be presented Jack Camp as Exhibit A and Dudley Bowen as Exhibit B.

The American people did not put you, or any of you, on the federal bench to act like insulated tyrants. I have had enough. We have had enough.

Do your job. Oversee your circuit. Respond to the lawbreaking by your judges.

      Most sincerely, Jack Thompson

Copies: Chief Judge, Middle District of Florida
Chief Judge, Southern District of Georgia

I HEREBY CERTIFY that a copy of this notice has been provided this 8th day of October, 2010, by filing this, in paper form, with the court, which will in turn provide it electronically to Barry Richard, Greenberg Traurig, 101 East College Avenue, Tallahassee, Florida 32302 [The Florida Bar]; Peter Antonacci, Gray Robinson, P.O. Box 11189, Tallahassee, FL 32302 [Florida Supreme Court]; and John Marino [Nationwide], Fowler White, 50 North Laura Street, Suite 2800, Jacksonville, Florida 32202.

JOHN B. THOMPSON
Plaintiff *pro se*
5721 Riviera Drive
Coral Gables, Florida 33146
Phone: 305-666-4366
amendmentone@comcast.net