IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUDGE DUDLEY H. BOWEN, JR./MAGISTRATE JUDGE JAMES E. GRAHAM

JOHN B. THOMPSON,

Plaintiff,

v.   Case No. 6:10-cv-442

THE FLORIDA BAR,
FLORIDA SUPREME COURT,
and NATIONWIDE MUTUAL INSURANCE COMPANY,

Defendants.

**PLAINTIFF'S NOTICE TO COURT**

COMES NOW plaintiff John B. Thompson (Thompson) and hereby provides notice to this court as follows:

On August 9, 2010, plaintiff's notice of voluntary dismissal of this action was filed and docketed. See electronic docket item #77.

A full week later, starting on August 16, defendants began filing their panicked motions for "sanctions," the bizarre and illegal purpose of which is to ban Thompson from representing himself in both federal and state courts about anything. U.S. Supreme Court Justice Stewart pointed out in *Faretta* that the right of self-representation is a federal constitutional right and that any attempt to hold otherwise is an attempt to resuscitate England's notorious Star Chamber. The absolute right to proceed pro se in a civil proceeding is also guaranteed by Florida Statute 454.18. Do laws mean anything?

Further, this court has already been apprised that Rule 41, Federal Rules of Civil Procedure, provides that if a plaintiff files a notice of voluntary dismissal *before* a

defendant has filed either an answer or a motion for summary judgment, then that dismissal is fully effectual and the court loses jurisdiction over the case, as the case no longer exists. In this case, none of the defendants ever filed an answer or motion for summary judgment. This motley collection of $700 an hour lawyers screwed up.

The U.S. District Court for the Northern District of Florida has already acknowledged that plaintiff Thompson is absolutely correct on this point, as this court already knows. Defendants' counsel chose to try to hide this other ruling from this court. Thompson had to do it, even though it is the defendants who were energetically notifying both courts of what they were doing in each—in effect quoting themselves, tautologically, as experts in all things, including: "How to Recreate the Star Chamber for Fun & Profit" and "How to Repeal the First, Fifth, Sixth, and Fourteenth Amendments."

In light of all this nonsense, plaintiff Thompson should like to alert this court to the fact that *any order of any kind it enters about anything in this case is utterly void, a nullity, and with no force of law*. A court without jurisdiction over the Moon can order the tide not to come in if it likes, but the tide will still come in. Even King Canute got that point.

So what is this court's problem? Is the senior Georgia federal judge who thinks he is still presiding over a case that does not exist so dismayed by the prostitution, drug, and gun antics of his fellow senior Georgia federal judge, Jack T. Camp, that he can't find the time to read Rule 41 and act accordingly? Is there a problem with obeying the law inherent in being a senior status federal judge in Georgia? Read all about The Honorable Senior U.S. District Court Judge Jack T. Camp in hundreds of articles around

the globe, including http://www.smh.com.au/world/stripper-drugs-guns-and-judge-dont-mix-fbi-20101007-16875.html?from=smh_sb.



**Judge Jack T Camp.** *Photo: AP [Thankfully shown only from the waist up]*

Or is The Honorable Dudley Bowen so keenly interested in civil rights lawsuits that he wishes to be a defendant in one if he attempts to enter a "sanction" order that he has neither the constitutional power nor the jurisdiction to enter against Thompson?

Either this court closes this case now or plaintiff will close it for him.

I HEREBY CERTIFY that a copy of this notice has been provided this 7th day of October, 2010, by filing this, in paper form, with the court, which will in turn provide it electronically to Barry Richard, Greenberg Traurig, 101 East College Avenue, Tallahassee, Florida 32302 [The Florida Bar]; Peter Antonacci, Gray Robinson, P.O. Box 11189, Tallahassee, FL 32302 [Florida Supreme Court]; and John Marino [Nationwide], Fowler White, 50 North Laura Street, Suite 2800, Jacksonville, Florida 32202.

JOHN B. THOMPSON
Plaintiff *pro se*
5721 Riviera Drive
Coral Gables, Florida 33146
Phone: 305-666-4366
amendmentone@comcast.net